UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 08-56738-TJT
HEATHER J GRIMES  CHAPTER 13 PROCEEDINGS
                  HON. THOMAS J. TUCKER

                    Debtor
_____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| HEATHER J GRIMES<br>3161 W. OUTER DRIVE<br>DETROIT, MI 48221-0000<br>SSN: XXX-XX-4085 | N/A | N/A | DEBTOR REFUND | 1372732 | 5/31/11 | $ 534.00 |

DATED: June 08, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

0856738 00000 017414 1372732
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 05/31/2011  
Payee: CLERK OF US BANKRUPTCY COURT  
Check No: 1372732

| 0856738 | HEATHER J GRIMES | | | 534.00 | 0.00 | 534.00 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY  
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT  
535 Griswold St, Ste 111-615  
Detroit, MI 48226  
(313)967-9857

64-79 / 611

**CHECK NO. 1372732**  
SunTrust Bank

FOR HEATHER J GRIMES  
BK:0856738 ACCT:  
PRIN: 534.00 INT: 0.00

DATE May 31, 2011  
AMOUNT  
********534.00

PAY **534.00**  
Five Hundred Thirty-Four And Xx / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT  
TRUST ACCOUNT  
VOID OVER $534.00  
VOID 90 DAYS AFTER DATE

TO THE ORDER OF  
CLERK OF US BANKRUPTCY COURT  
% DAVID BOICE/ UNCLAIMED  
211 W FORT ST  
DETROIT, MI 48226

Tammy L. Terry  
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN THE MATTER OF:<br>HEATHER J GRIMES<br><br>_____Debtor_____ | CASE NO. 08-56738-TJT<br>CHAPTER 13 PROCEEDINGS<br>HON. THOMAS J. TUCKER |

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

FREE BANKRUPTCY EVALUATION, P.C.
29200 NORTHWESTERN HWY #155
SOUTHFIELD, MI  48034

**Last Known Address for Debtor:**

HEATHER J GRIMES
3161 W. OUTER DRIVE
DETROIT, MI  48221

| | |
|---|---|
| DATED: June 08, 2011 | /s/ TAMMY L. TERRY<br>TAMMY L. TERRY, STANDING<br>CHAPTER 13 TRUSTEE<br>535 GRISWOLD<br>SUITE 2100<br>DETROIT, MI 48226 |